IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY YAKSIMA,<br>    **Plaintiff** | No. 3:23cv8 |
| | (Judge Munley) |
| v. | |
| ANDREW JOHN TUZINSKI;<br>NICKOLAS BASOV; ANTHONY<br>SMITH; JOHN OWENS; JEFF<br>RAMIREZ; JOSHUA WOLINSKY;<br>and FORTY FORT BOROUGH,<br>    **Defendants** | |

## ORDER OF DISMISSAL

Upon notice to the court by counsel that this case has settled, (Doc. 48), it is hereby ordered that this case is dismissed without costs. The parties will have thirty (30) days in which to consummate the settlement.

Date: 4/4/24

BY THE COURT:

_/s/ Julia K. Munley_
JUDGE JULIA K. MUNLEY
United States District Court