## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AMY YAKSIMA,<br>　　　　　*Plaintiff*<br><br>v.<br><br>ANDREW JOHN TUZINSKI,<br>NICKOLAS BASOV, ANTHONY<br>SMITH, JOHN OWENS, JEFF<br>RAMIREZ, JOSHUA WOLINSKY,<br>FORTY FORT BOROUGH,<br>　　　　　*Defendants*. | CIVIL ACTION<br><br>CASE NO. 3:23-CV-8<br><br>_____ |

## ORDER

**AND NOW**, this _____ day of May, 2024, upon consideration of Plaintiff's Motion to Extend Deadline to Consummate Settlement, **(Doc. 50)**, filed with the concurrence of counsel for Defendants, it is hereby **ORDERED** that the motion is **GRANTED**.

The parties have forty-five (45) days from May 4, 2024 to consummate the settlement.

BY THE COURT:

_____
Hon. Julia K. Munley
United States District Judge